UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
Dw/3331

Order Filed on September 25, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

EFRAIN TERRERO,
                                    Debtors.

Case No.:    18-23422-SLM

Judge:    Stacey L. Meisel

Chapter:    7

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER AUTHORIZING RETENTION OF COUNSEL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 25, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:  Efrain Terrero

Case No.:  18-23422-SLM

Applicant:  David Wolff

(check all that apply)  ☒ Trustee:  ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:  Law Offices of David Wolff LLC

Address of Professional:  396 Route 34

Matawan, New Jersey 07747

(732) 566-1189

(732) 566-1192 fax

☒ Attorney for (check all that apply):

☒ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*