UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
Dw/3331

**Order Filed on September 25, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

 EFRAIN TERRERO,

                                   Debtors.

Case No.:        18-23422-SLM

Judge:        Stacey L. Meisel

Chapter:            7

| Recommended Local Form: | ☑ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER AUTHORIZING
## RETENTION OF COUNSEL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: September 25, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:          Efrain Terrero _____

Case No.:      18-23422-SLM _____

Applicant:     David Wolff _____

(check all that apply) ☑ Trustee: ☑ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11      ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:      Law Offices of David Wolff LLC _____

Address of Professional:    396 Route 34 _____

Matawan, New Jersey 07747 _____

(732) 566-1189 _____

(732) 566-1192 fax _____

☑ Attorney for (check all that apply):

☑ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

2

2.    Compensation shall be paid in such amounts as may be allowed by the Court

upon proper application(s) therefor.

3.    The effective date of the retention is the date the application was filed with the

Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-23422-SLM
Efrain Terrero                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Sep 27, 2018
                            Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db              Efrain Terrero,    70 A Goutier Avenue,    2nd Floor,    Jersey City, NJ  07306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
          David   Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
          David   Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Franklin G. Soto    on behalf of Debtor Efrain  Terrero yesenia@bsgslaw.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6