**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Efrain Terrero | Social Security number or ITIN   xxx–xx–5977 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–23422–SLM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Efrain Terrero
aka Efrain Terrero–Mendez

10/5/18                                                              **By the court:**   Stacey L. Meisel
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23422-SLM
Efrain Terrero                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Oct 05, 2018
                               Form ID: 318             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
db             Efrain Terrero,    70 A Goutier Avenue,    2nd Floor,    Jersey City, NJ   07306
aty            +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
517628213      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
517628224      +Wf/bobs Fn,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2018 00:03:24       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2018 00:03:19      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
517628208       EDI: BANKAMER.COM Oct 06 2018 03:33:00      Bankamerica,   Po Box 982238,   El Paso, TX 79998
517628209       EDI: BANKAMER.COM Oct 06 2018 03:33:00      Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
517628212       EDI: CAPITALONE.COM Oct 06 2018 03:33:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517628211      +EDI: CAPITALONE.COM Oct 06 2018 03:33:00      Cap1/bstby,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
517628214      +EDI: CHASE.COM Oct 06 2018 03:33:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517628215      +EDI: WFNNB.COM Oct 06 2018 03:33:00      Comenity Bank/express,   Po Box 182789,
                 Columbus, OH 43218-2789
517628216      +EDI: CONVERGENT.COM Oct 06 2018 03:33:00      Convergent Outsourcing,   800 Sw 39th St,
                 Renton, WA 98057-4975
517628217      +EDI: NAVIENTFKASMDOE.COM Oct 06 2018 03:33:00       Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517628218      +EDI: TSYS2.COM Oct 06 2018 03:33:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
517628219      +EDI: SEARS.COM Oct 06 2018 03:33:00      Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
517628220      +EDI: RMSC.COM Oct 06 2018 03:33:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
517628221      +EDI: RMSC.COM Oct 06 2018 03:33:00      Syncb/tjx Cos Dc,   Po Box 965015,
                 Orlando, FL 32896-5015
517628222      +EDI: TFSR.COM Oct 06 2018 03:33:00      Toyota Motor Credit,   Po Box 9786,
                 Cedar Rapids, IA 52409-0004
517628223      +EDI: WFFC.COM Oct 06 2018 03:33:00      Wells Fargo,   Po Box 14517,   Des Moines, IA 50306-3517
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517628210      Cap1/bstby
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net,    NJ50@ecfcbis.com
              David   Wolff    on behalf of Trustee David   Wolff dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Franklin G. Soto    on behalf of Debtor Efrain  Terrero yesenia@bsgslaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 05, 2018
                              Form ID: 318             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6